UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA ANN HANKERSON,<br><br>          Plaintiff,<br><br>  -against-<br><br>ARMY COMMISSIONER, ET AL,<br><br>          Defendants. | 24-CV-1691 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 30, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 30, 2024
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge